IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CR-209-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| DAVID DANIEL, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Unopposed Motion For Extension To File Objections To Memorandum And Recommendation" (Document No. 43) filed on October 15, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting no objection from the Government, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Unopposed Motion For Extension To File Objections To Memorandum And Recommendation" (Document No. 43) is **GRANTED**. Defendant may file objections to the "Memorandum And Recommendation" (Document No. 40) on or before **October 27, 2025**.

**SO ORDERED**.

Signed: October 15, 2025

David C. Keesler
United States Magistrate Judge