# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### Case Number: 3:24-cr-00209-MEO-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **NOTICE OF UNAVAILABILITY** |
| DAVID DANIEL, | |
| Defendant. | |

William R. Terpening, counsel for Defendant David Daniel, respectfully notifies this Court that he will be unavailable for the following dates because of planned family vacations, that are pre-paid and non-refundable:

June 15, 2026 – June 19, 2026

July 31, 2026 – August 10, 2026

December 28, 2026 – January 1, 2027

WHEREFORE, undersigned counsel respectfully requests that the Court not schedule any trial, hearings, or other deadlines during that period. He is not aware that any trial, hearing, or deadlines are currently scheduled during this period.

Respectfully submitted this 18th day of May, 2026.

/s/ William R. Terpening
William R. Terpening
N.C. Bar No. 36418

**TERPENING LAW PLLC**
221 W. 11th Street
Charlotte, North Carolina 28202

terpening@terpeninglaw.com
(980) 265-1700

*Counsel for Defendant David Daniel*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that I have filed this **NOTICE OF UNAVAILABILITY** through the Court's CM/ECF system, which constitutes service on all parties.

Dated: May 18, 2026.

<u>/s/ William R. Terpening</u>
William R. Terpening

3